UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DOUGLAS ANDERSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>　　　　　Defendants. | Court File No. 20-cv-2010-JRT-KMM |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that that on January 11, 2020 at 11:00 a.m., before the Honorable John R. Tunheim, Chief U.S. District Court Judge, District of Minnesota, via video conference, Plaintiffs will move the Court for an order granting Plaintiffs' Motion to Remand for Lack of Subject Matter Jurisdiction.

Dated:  December 22, 2020　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 *s/Daniel E. Gustafson*
　　　　　　　　　　　　　　　　　　Daniel E. Gustafson (#202241)
　　　　　　　　　　　　　　　　　　Amanda M. Williams (#341691)
　　　　　　　　　　　　　　　　　　**GUSTAFSON GLUEK PLLC**
　　　　　　　　　　　　　　　　　　Canadian Pacific Plaza
　　　　　　　　　　　　　　　　　　120 South Sixth Street, Suite 2600
　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　Tel: (612) 333-8844
　　　　　　　　　　　　　　　　　　dgustafson@gustafsongluek.com
　　　　　　　　　　　　　　　　　　awilliams@gustafsongluek.com

William R. Sieben (#100808)
Alicia N. Sieben (#389640)
Matthew J. Barber (#397240)
**SCHWEBEL GOETZ & SIEBEN, P.A.**
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Tel: (612) 377-7777
bsieben@schwebel.com
asieben@schwebel.com
mbarber@schwebel.com

Richard M. Paul III
Ashlea G. Schwarz
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Tel: (816) 984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com

*Attorneys for Plaintiffs*

2